IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 26-cv-03434-CYC

GERALDO LUCENA-FERRERIA,

Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Aurora ICE Processing Center;
DAVID J, VENTURELLA, in his official capacity Acting Director, U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security;
TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

Respondents.

---

**ORDER TO SHOW CAUSE**

---

**Cyrus Y. Chung, United States Magistrate Judge.**

This matter is before the Court on the Petition for Writ of Habeas Corpus ("Petition"), ECF No. 1, filed by Petitioner Geraldo Lucena-Ferreria ("Petitioner"). The Petitioner is currently detained at the Aurora ICE Processing Center/Denver Contract Detention Facility in Aurora, Colorado, which is under the custody and control of the respondents. ECF No. 1 ¶¶ 1, 28–31. He contends that his detention is unconstitutional, and among other things, he seeks a Court order instructing the respondents to release him. *Id.* at 23.

Upon review of the Petition, it is hereby ORDERED that, **on or before July 31, 2026**, the Petitioner shall serve the respondents with the Petition and this Order to Show Cause. Within **48 hours** of serving the respondents, the Petitioner shall file proof of service on the docket, and counsel for the respondents shall promptly enter their notices of appearance.

It is further ORDERED that, **on or before August 7, 2026**, the respondents shall **SHOW CAUSE** why the Petition shall not be granted. *See, e.g., Florez Marin v. Baltazar*, No. 25-cv-03697-PAB, ECF No. 5 at 1 (Nov. 19, 2025); *Yassine v. Collins*, No. 1:25-cv-00786-ADA-SH, 2025 WL 1954064, at *1 (W.D. Tex. July 7, 2025) (explaining that while § 2243 refers to a three day deadline, this requirement is "subordinate to the district court's authority to set deadlines" itself, and granting respondents a fourteen day deadline to respond in order to "give [r]espondents adequate time to brief the issues" (quotations omitted)). It is further ORDERED that the Petitioner may file a reply **on or before August 14, 2026**.

It is further ORDERED that, pursuant to D.C.COLO.LCivR 40.1(c)(4), the deadline to file the Consent/Non-Consent to United States Magistrate Judge Jurisdiction form, ECF No. 4, is **August 7, 2026**.

Pursuant to the All Writs Act, and in order to preserve the Court's jurisdiction, it is further ORDERED that the respondents **SHALL NOT REMOVE** the Petitioner from the District of Colorado or the United States unless or until this Court or the Court of Appeals for the Tenth Circuit vacates this Order. *See Vizguerra-Ramirez v. Choate*, No. 25-cv-00881-NYW, ECF No. 11 at 4–5 (D. Colo. Mar. 21, 2025) (collecting cases); *Leyva Ramirez v. Baltazar*, No. 26-cv-00199-NYW, ECF No. 16 at 1–2 (D. Colo. Jan. 21, 2026).

Entered and dated this 31st day of July, 2026, at Denver, Colorado.

BY THE COURT:

Cyrus Y. Chung
United States Magistrate Judge